FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 13 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'08 - CV - 02471**
(To be supplied by the court)

Jonathan Schmier,
Plaintiff,

v.

McDonald's LLC,
Defendant.

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 06 2008

GREGORY C. LANGHAM
CLERK

## TITLE VII COMPLAINT

### PARTIES

1. Plaintiff Jonathan Schmier is a citizen of The United States who presently resides at the following address:
   85 Sunflower Rd #241, Colorado Springs, CO 80907

2. Defendant McDonalds lives at or is located at the following address:
   510 N. Murry Blvd Colorado Springs, CO

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location:
   510 N. Murray Blvd Colorado Springs, CO 80915

6. Jurisdiction also is asserted pursuant to the following statutory authority:
   EEOC.

(Rev. 07/06)

**ADMINISTRATIVE PROCEDURES**

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on __4-9-2008__ (date) regarding the alleged discriminatory conduct by Defendant(s).

8. Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on __10/28/08__ (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

**NATURE OF THE CASE**

9. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)
    - [x] Race
    - [x] Color
    - [ ] Religion
    - [x] Sex
    - [ ] National Origin
    - [x] Other (please specify) __disAbility & Retaliation__

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)
    - [ ] Failure to hire
    - [ ] Failure to promote
    - [x] Demotion/discharge from employment
    - [ ] Other (please specify) _____

(Rev. 07/06)                                    2

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>541-2008-00767 |
|---|---|---|

**Colorado Civil Rights Division** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Mr. Jonathan D. Schmier | Home Phone No. (Incl Area Code)<br>(719) 596-7305 | Date of Birth |
|---|---|---|

Street Address: 85 Sunflower Road, Apt. #241, Colorado Springs, CO 80907

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**MCDONALD'S** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code) |
|---|---|---|

Street Address: 510 N. Murray Blvd., Colorado Springs, CO 80915

DISCRIMINATION BASED ON (Check appropriate box(es).):
☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: **July 10, 2007**
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have been employed since about March 1, 2007. I suffer with a well known impairment. Throughout my employment I have been subjected to sexual harassment and racial harassment by black and Hispanic co-workers, in that: my buttocks have been slapped, I've been asked if I like oral sex and other implicit and explicit sexual language. In addition, I have been referred to a white boy and told that if I were black I would get more help. In late May 2007, I was denied promotion to the position of "Swing Manager" because of a felony. However, a similarly situated black male was granted a promotion though he also has a felony. On about June 28, 2007, a similarly situated black female initiated a verbal altercation with me. On June 29, 2007, I was suspended without pay pending an investigation of the verbal altercation. On July 10, 2007, I was discharged in accordance with the legal department. The similarly situated black female was not adversely affected.

I believe I have been discriminated against because of my race, white and sex, male, in violation of Title VII of the Civil Rights Act of 1964, as amended, my disability, in violation of the Americans with Disabilities Act of 1990, as amended and in retaliation for opposing unlawful employment practices.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 4-9-2008
Charging Party Signature: *[signed] Jonathan Schmier*

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

MR. Schmier had to endure Racial discrimination, and Racial harassment at the hand of his co-worker's;

MR. Schmier seek's punitive damages in the amount of $200,000,000.00 "Two hundrend million dollars".

Date: 10/29/08

(Plaintiff's Original Signature)

85 Sunflower Rd Lot #241
(Street Address)

Colorado Springs, Co 80907
(City, State, ZIP)

719-229-1740
(Telephone Number)

EEOC Form 161-B (10/96)          U.S. Equal Employment Opportunity Commission

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Jonathan Schmier  
85 Sunflower Rd., #241  
Colorado Springs, CO 80907

From: Equal Employment Opportunity Commission  
Denver Field Office  
303 East 17th Avenue, Suite 410  
Denver, Colorado 80203

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2008-00767 | Holly Romero, Enforcement Supervisor | (303) 866-1341 |

(See also the additional information attached to this form.)  
NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ X ]   More than 180 days have passed since the filing of this charge.

[ ]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[ X ]   The EEOC is terminating its processing of this charge.

[ ]   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ]   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_Holly Romero for_  
Nancy A Sienko, Field Office Director

October 28, 2008  
*(Date Mailed)*

Enclosure(s)

cc: Respondent  
Georgia J. Reithal, Esq.

received 10/29/08