IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02471-BNB

JONATHAN SCHMIER,

    Plaintiff,

v.

MCDONALD'S LLC,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 0 3 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DISMISSING CASE

---

Plaintiff Jonathan Schmier initiated this action by filing *pro se* a Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Title VII Complaint.

In an order filed on November 13, 2008, Magistrate Judge Boyd N. Boland directed the

clerk of the Court to commence this civil action and directed Mr. Schmier to cure certain

deficiencies if he wished to pursue his claims in this action. On November 25, 2008,

Mr. Schmier filed a Notice of Dismissal With Prejudice.

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, "the plaintiff

may dismiss an action without a court order by filing: (i) a notice of dismissal before the

opposing party serves either an answer or a motion for summary judgment." No

response has been filed by Defendant in this action. A voluntary dismissal pursuant to

Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal,

and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice

¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th

Cir. 1968). The notice closes the file. **See *Hyde Constr. Co.*,** 388 F.2d at 507.

Accordingly, it is

ORDERED that the Notice of Dismissal With Prejudice filed pursuant to Fed. R.

Civ. P. 41(a)(1)(A) is effective as of November 25, 2008, the date the notice was filed in

this action. It is

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 filed on November 6, 2008, is denied as moot.

DATED at Denver, Colorado, this ___ day of _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02471-BNB

Jonathan Schmier
85 Sunflower Road, #241
Colorado Springs, CO 80907

      I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12|3|08

GREGORY C. LANGHAM, CLERK

By:_____
            Deputy Clerk