IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02471-ZLW

JONATHAN SCHMIER,

    Plaintiff,

v.

MCDONALD'S LLC,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 19 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion to Vacate Voluntary Dismissal" filed on December 18, 2008, is DENIED.

Dated: December 19, 2008

Copies of this Minute Order mailed on December 19, 2008, to the following:

Jonathan Schmier
85 Sunflower Rd, #241
Colorado Springs, CO 80907

_____
Secretary/Deputy Clerk