IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02471-ZLW

JONATHAN SCHMIER,

    Plaintiff,

v.

MCDONALD'S LLC,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 20 2009

GREGORY C. LANGHAM
    CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Plaintiff's "Motion to Request Case be Reassigned to a U.S. Magistrate Judge" filed on January 16, 2009, is DENIED because this case is closed.

Dated: January 20, 2009

Copies of this Minute Order mailed on January 20, 2009, to the following:

Jonathan Schmier
85 Sunflower Road, Lot #241
Colorado Springs, CO 80907

    Secretary/Deputy Clerk